AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

LEANNE KIRSCH, PH.D.,
       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 07-C-0638

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY, et al.,
       Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

     **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of the defendant and against the plaintiff and this case is dismissed.

Approved:    s/ William C. Griesbach
                      WILLIAM C. GRIESBACH
                      United States District Judge

Dated: June 17, 2008.

                      JON W. SANFILIPPO
                      Clerk of Court

                      s/Mary Fisher
                      (By) Deputy Clerk